758 A.2d 1134

IN THE MATTER OF DON X. BANCROFT,
AN ATTORNEY AT LAW.

September 27, 2000.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **DON X. BANCROFT** of **POMPTON LAKES**, who was admitted to the bar of this State in 1968, and who was suspended from the practice of law for a period of three months effective May 1, 2000, by Order of this Court dated April 6, 2000, be restored to the practice of law, effective immediately.